99-00928 In re Davis.wpd



In re Arthur James DAVIS


Original Mandamus Proceeding


Court of Appeals No. 04-99-00928-CV


Trial Court No. 98-CI-16768


From the 225th Judicial District Court, Bexar County, Texas


Honorable John Specia, Judge Presiding


PER CURIAM

Sitting: Tom Rickhoff, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice 

 

Delivered and Filed: December 30, 1999

PETITION FOR WRIT OF MANDAMUS DENIED

 On December 20, 1999, relator filed a petition for writ of mandamus. This court has
determined that the relator is not entitled to the relief sought. Therefore, the petition is DENIED.
Tex. R. App. P. 52.8(a).

 PER CURIAM

DO NOT PUBLISH